UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:21-cv-60803-RS**

MICHAEL KRUMPAK,

    Plaintiff,

v.

CHEWY, INC.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Michael Krumpak, and Defendant, Chewy, Inc., pursuant to L.R. 16.4, S.D. FL., hereby advise the Court that the parties reached an agreement to settle the instant case. The parties request a stay of all deadlines until the Joint Stipulation of Dismissal is filed.

| | |
|---|---|
| **Dated**: March 11, 2021 | Respectfully Submitted, |
| **COANE AND ASSOCIATES, PLLC** | **LITTLER MENDELSON, P.C.** |
| s/Arthur Mandel | s/ Miguel A. Morel |
| Arthur Mandel, Esq. | Jessica Travers, Esq. |
| Florida Bar No. 22753 | Florida Bar No. 18129 |
| E-mail: arthur.mandel@coane.com | E-mail: JTravers@littler.com |
| 1250 e. Hallandale Beach Blvd., Suite 303 | Lauren C. Robertson |
| Hallandale Beach, FL 33009 | Florida Bar No. 1024845 |
| Telephone: (305) 538-6800 | Email: lcrobertson@littler.com |
| | 111 N. Orange Avenue, Suite 1750 |
| Stephen G. Rollins II (*Pro Hac Vice*) | Orlando, FL 32801 |
| E-mail: Stephen.rollins@coane.com | Telephone: (407) 393-2950 |
| Bruce A. Coane (*Pro Hac Vice*) | |
| Email: bruce.coane@gmail.com | Miguel A. Morel, Esq. |
| 5177 Richmond Avenue, Suite 770 | Florida Bar No. 89163 |
| Houston, Texas 77056 | E-mail: MAMorel@littler.com |
| Telephone (713) 850-0066 | 333 SE 2nd Avenue, Suite 2700 |
| | Miami, FL 33131 |
| | Telephone: (305) 400-7500 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |