UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60803-CIV-SMITH

MICHAEL KRUMPAK,

    Plaintiff,

vs.

CHEWY, INC.,

    Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Notice of Settlement [DE 87], indicating that this matter has been settled. Upon consideration, it is hereby

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **April 29, 2022.** Failure to comply with this Order may result in the final dismissal of this case.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is administratively **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 11th day of March, 2022.

                                                    RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record