IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-CV-60803-RS

MICHAEL KRUMPAK,

    Plaintiff,

v.

CHEWY, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, Plaintiff Michael Krumpak and Defendant Chewy, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its / his own attorney's fees and costs.

| | |
|---|---|
| **Dated**: March 17, 2022 | Respectfully submitted, |
| /s Arthur Mandel | s/Miguel A. Morel |
| Bruce A. Coane, Esq. | Jessica T. Travers |
| Email:bruce.coane@coane.com | Florida Bar No. 18129 |
| Arthur Mandel, Esq. | Email:  jtravers@littler.com |
| Email: Arthur.mandel@coane.com | Lauren C. Robertson |
| Shannon Crosby, Esq. | Florida Bar No.: 1024845 |
| **COANE AND ASSOCIATES, PLLC** | Email: LCRobertson@littler.com |
| 1250 E. Hallandale Beach Blvd., Suite 303 | **LITTLER MENDELSON, P.C.** |
| Hallandale Beach, FL 33009 | 111 N Orange Avenue, Suite 1750 |
| | Orlando, FL 32801 |
| Stephen Rollins, Esq. | Telephone: (407) 393-2900 |
| Tx Bar No. 24123112 | |
| Email  Stephen.rollins@coane.com | Miguel A. Morel |
| **COANE AND ASSOCIATES, PLLC** | Florida Bar No. 89163 |
| 5177 Richmond Avenue, Suite 770 | Email: mamorel@littler.com |
| Houston, TX 77056 | **LITTLER MENDELSON, P.C.** |
| | 333 SE 2nd Avenue, Suite 2700 |
| *Counsel for Plaintiff* | Miami, FL 33131 |
| | Telephone: (305) 400-7500 |
| | *Counsel for Defendant* |

4890-7258-3190.1 / 112003-1007